# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JAMES CODY,

    Petitioner,

Case No. 2:10-cv-974

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

-vs-

ROB JEFFREYS, Warden,

    Respondent.

## TRANSFER ORDER

With the consent of District Judge Sargus and both Magistrate Judges, the reference in the above-captioned habeas corpus action is hereby TRANSFERRED from the docket of Magistrate Judge Deavers to that of Magistrate Judge Merz.

January 11, 2013.

                                              s/ *Michael R. Merz*
                                              United States Magistrate Judge