AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JAMES CODY,**

        Petitioner,

**vs.**

**ROB JEFFREYS, WARDEN,**

        Respondent.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:10-CV-974**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MICHAEL R. MERZ**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed June 5, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 5, 2013                     JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk