AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JAMES CODY,**

        Petitioner,

                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                              **CASE NO.  2:10-CV-974**
**ROB JEFFREYS, WARDEN,**     **JUDGE EDMUND A. SARGUS, JR.**
                                 **MAGISTRATE JUDGE MICHAEL R. MERZ**

        Respondent.

___        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Opinion and Order filed June 5, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 5, 2013                                    JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk